## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.

GABRIELA RIVAS, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

MILKY MAMA, LLC,

      Defendant.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

### CLASS ACTION COMPLAINT

Plaintiff Gabriela Rivas brings this class action against Defendant Milky Mama, LLC, and alleges as follows upon personal knowledge as to Plaintiff and Plaintiff's own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by Plaintiff's attorneys.

### NATURE OF THE ACTION

1.     This is a putative class action pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. (the "TCPA"), and the Florida Telephone Solicitation Act ("FTSA"), Fla. Stat. § 501.059.

2.     Defendant engages in unsolicited text message marketing, including to individuals who have registered their telephone numbers on the National Do-Not-Call Registry, and to those who have not provided Defendant with their prior express written consent as required by the FTSA.

3.     Defendant's unsolicited text message spam caused Plaintiff and the Class members harm, including violations of their statutory rights, trespass, annoyance, nuisance, invasion of their

1

privacy, and intrusion upon seclusion. Defendant's text messages also occupied storage space on Plaintiff's and the Class members' telephones.

4.      Through this action, Plaintiff seeks an injunction, statutory damages, and/or actual liquidated damages on behalf of Plaintiff and the Class members, as defined below, and any other available legal or equitable remedies resulting from the unlawful actions of Defendant.

## PARTIES

5.      Plaintiff is, and at all times relevant hereto was, a citizen and resident of Broward County, Florida.

6.      Plaintiff is, and at all times relevant hereto was, an individual and a "called party" as defined by Fla. Stat. § 501.059(1)(a) in that Plaintiff was the regular user of cellular telephone number that received Defendant's telephonic sales calls.

7.      Defendant is, and at all times relevant hereto was, a Florida limited liability company and a "telephone solicitor" as defined by Fla. Stat. § 501.059(f).

## JURISDICTION AND VENUE

8.      This Court has federal question subject matter jurisdiction over Plaintiff's TCPA claims pursuant to 28 U.S.C. § 1331.

9.      This Court has supplemental jurisdiction over Plaintiff's FTSA claims pursuant to 28 U.S.C. § 1367.

10.      Defendant is subject to personal jurisdiction in Florida because this suit arises out of and relates to Defendant's contacts with this state.  Defendant initiated and directed telemarketing and/or advertising text messages into Florida. Specifically, Defendant initiated and directed the transmission of unsolicited advertisement or telemarketing text messages to Plaintiff's cellular telephone number to sell goods, services or products in Florida.  Plaintiff's telephone

number has an area code that specifically coincides with locations in Florida, and Plaintiff received such messages while residing in and physically present in Florida.

11.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) because Defendant is deemed to reside in any judicial district in which it is subject to personal jurisdiction, and because a substantial part of the events or omissions giving rise to the claim occurred in this District.

## FACTS

12.     Commencing on or about August 2, 2022, Defendant sent text message advertisements regarding its goods and services to Plaintiff's cellular telephone, including the following:



Milky Mama: 72 Hours Only! Get 15% off with code BREAST15. Offer expires 8/31 at 11:59pm PST. T&C apply. shop now: https://milkymama.attn.tv/l/Zer/ZnRro

Tue, Aug 30 at 12:30 PM

Milky Mama: It's okay to not have great days. A bad day doesn't make you a bad mom. It's okay to ask for help. You're doing amazing!

Thu, Sep 1 at 2:06 PM

Milky Mama: Sale extended! Last chance to get 15% off with code BREAST15. Exp 9/1 at 11:59pm PST. T&C apply. shop now: https://milkymama.attn.tv/l/Xiu/ZnRro

Thu, Sep 8 at 11:03 AM



Milky Mama: I can't be the only one whose baby kept her up all night! I know you're tired, but you're doing a great job. Enjoy a cup of coffee on me today, you deserve it! Scan this barcode at your nearest Starbucks for a free drink. One per person please. I'll send another text when the card reaches zero.

Milky Mama: Hope you guys enjoyed your coffee! The card balance is now at $0. If you didn't snag one, don't worry, we'll do it again soon. Thanks so much for being a part of the Milky Mama Family. https://milkymama.attn.tv/l/MvK/

ZnRro

Fri, Sep 30 at 10:42 AM

Milky Mama: Get 20% off your favorite 7-day drink powders while supplies last! Use code Drink20 *T&C apply. https://milkymama.attn.tv/l/Grl/ZnRro

Mon, Oct 17 at 6:04 PM

Milky Mama: Your baby doesn't need a perfect mom. They need a happy, healthy mom. Don't forget to take care of yourself, mama! <3

Fri, Oct 21 at 12:35 PM

Milky Mama: Happy Friday! We love having you as our Breastie! Get 15% off your order until midnight. Use code: TEXT Shop Now: https://milkymama.attn.tv/l/ndi/ZnRro

Mon, Oct 24 at 12:02 PM

Milky Mama: Some days I amaze myself. Other days, I put my laundry in the oven.

Either way, you're doing the best you can and that's amazing!

Fri, Oct 28 at 12:44 PM





Milky Mama: IT'S FRIDAY! TREAT YOURSELF, MAMA!

🍪 Our delicious, Salted Caramel Lactation Cookies are full of milk-makin' ingredients! https://milkymama.attn.tv/l/oTu/ZnRro

Mon, Oct 31 at 1:02 PM

Milky Mama: Happy Halloween, Mamas! I'm pretty sure I have the scariest costume this year....a bottle of spilled breast milk. What are you and your milky baby dresisng up as?

Fri, Nov 4 at 2:25 PM

Milky Mama: Are you ready to feel educated, confident, and empowered to breastfeed your baby for as long as you choose?

Then our Milky Mama Breastfeeding 101 course IS FOR YOU! Click here for more information: https://milkymama.attn.tv/l/Y31/ZnRro

Mon, Nov 7 at 12:01 PM

Milky Mama: When you're having a rough day, never forget how amazing you are! Just remember a uterus/vagina can go back to it's original size after carrying something 20x its size.

You're a star! Shine Bright Like A 'Gina!

Wed, Nov 9 at 11:08 AM

Milky Mama: Today is hump day but for Milky Mamas, it's pump day! Today only, get 15% off your order with code PUMPDAY https://milkymama.attn.tv/l/OKR/ZnRro

PUMP DAY: https://milkymama.attn.tv/l/xRmQ/ZnRro

Fri, Nov 11 at 12:07 PM

Milky Mama: Do you know how to maximize your pumping sessions with your Spectra pump? If not, click the following link to get our top tips! https://milkymama.attn.tv/l/d6P/ZnRro

Sat, Nov 12 at 8:04 PM

Milky Mama: We've partnered with some amazing brands to giveaway $3,800 worth of prizes! Click here to enter: https://milkymama.attn.tv/l/dE9/ZnRro

Mon, Nov 14 at 12:00 PM

Milky Mama: Today's reminder: I'm a good mom. I can get through this. I'm doing a good job. I'm doing my best for my baby!

You've Got This Mama! <3

Mon, Nov 21 at 11:45 AM

Milky Mama: 1 HOUR ONLY! FREE SHIPPING on all orders until 10 AM PST! Plus, get 20% off & 2x rewards points thru 11/22 with code BF22. Shop now: https://milkymama.attn.tv/l/sRB/ZnRro

Tue, Nov 22 at 1:16 PM

Milky Mama: Sale ends today! Get 20% off everything & 2x rewards points! Use code BF22. Click here to shop now: https://milkymama.attn.tv/l/46H/ZnRro

Wed, Nov 23 at 12:27 PM

Milky Mama: Buy 2 Herbal Supplements, get 1 FREE when you use code: HERBAL22 – ends 11/24 at 11:59 pm PST. Shop now: https://milkymama.attn.tv/l/G1g/ZnRro

Fri, Nov 25 at 1:38 PM

Milky Mama: Buy $100 worth of your favorite products & get a FREE Milky Mama Tee when you use code: TEE22 – ends 11/26 at 11:59 pm PST. Shop now: https://milkymama.attn.tv/l/zQQ/ZnRro

Mon, Nov 28 at 12:07 PM



Milky Mama: Being a breastfeeding mom doesn't necessarily mean the baby has to latch to your breast. All of these are equally valid, and are all breastfeeding journeys.

The bottom line is that you're doing what's best for you and your baby in whatever way YOU can. And that's all that matters.

Mon, Nov 28 at 1:20 PM

Milky Mama: Last Chance, Mama! Buy one, get one 50% off on ALL products when you use code BOGO22 – Sale ends at midnight PST! T&C apply. https://milkymama.attn.tv/l/z8m/ZnRro

Mon, Dec 5 at 9:15 AM

Milky Mama: Just know, if you can survive your first postpartum poop, you can survive anything!

https://milkymama.attn.tv/l/2Ac/ZnRro

Mon, Dec 12 at 3:05 PM

Milky Mama: Be patient with yourself, mama! You and baby are both learning new things each day. https://

are both learning new things each day. https:// milkymama.attn.tv/l/Sm7/ZnRro

Thu, Dec 15 at 3:00 PM

Milky Mama: Shop our best selling lactation snacks & drinks now and get FREE shipping on orders over $75: https:// milkymama.attn.tv/l/oWc/ZnRro

Fri, Dec 16 at 12:08 PM

Milky Mama: 24 HOURS ONLY! Get 15% off your Milky Mama order when you use code "DECEMBER". Shop now: https://milkymama.attn.tv/l/qdp/ZnRro

Sat, Dec 17 at 12:20 PM

Milky Mama: Do you have any breastfeeding questions for our team of lactation consultants? Reply and ask away! Would you prefer to schedule a one-on-one consultation? No worries, you can do so here: https://milkymama.attn.tv/l/ wdn/ZnRro

Mon, Dec 19 at 9:05 AM

Milky Mama: If no one has told you today, I'm so proud of you, and your sweet little baby loves you so much! You're doing a great job! https://milkymama.attn.tv/l/qEu/ZnRro

Thu, Dec 22 at 1:10 PM

Milky Mama: Did you know the amount of milk you pump is not an accurate measure of your milk supply? If you get very little or no milk when you pump, this does NOT mean that you have a low supply. However, all moms could benefit from having their flange size checked! Book your flange consultation with us to ensure you are getting the most out of your pumping sessions. https://milkymama.attn.tv/l/bWP/ ZnRro

Fri, Dec 23 at 1:57 PM

Milky Mama: Our Holiday Sale Starts Now! Get 10% off + 2X points through 12/26. Use code HOLIDAY22 at checkout! https://milkymama.attn.tv/l/qgH/ZnRro

Mon, Dec 26 at 2:05 PM

Milky Mama: Repeat after me: Self-care isn't selfish. Taking care of myself means I can take better care of my baby. My family needs me to be ok. My needs matter too! https://milkymama.attn.tv/l/q7l/ZnRro

Sat, Dec 31 at 12:38 PM

Milky Mama: We're ending 2022 with a bang! Get 15% off your order when you use code NY2023 at checkout. Shop here: https://milkymama.attn.tv/l/dlr/ZnRro

Mon, Jan 2 at 12:25 PM

Milky Mama: Our New Year's Sale ends tonight! Get 15% off your order when you use code NY2023 at checkout. Shop here: https://milkymama.attn.tv/l/CgN/ZnRro

Fri, Jan 6 at 8:15 AM

Milky Mama: Our NEW Bundles are here, and you don't want to miss out! Check them out here: https://milkymama.attn.tv/l/mzO/ZnRro

Wed, Jan 11 at 3:35 PM

Milky Mama: It's okay not to have it all figured out. It's okay to feel like you don't know what you're doing. It's okay to feel like you love this, but it's so damn hard. This is normal. We are all doing the best we can. This is motherhood. https://milkymama.attn.tv/l/8g9/ZnRro

Thu, Jan 26 at 5:10 PM

Milky Mama: 💖 Promote healthy lactation, increase milk production, and enrich breast milk with a special blend of organic herbs in our Lady Leche® supplement. Shop Now: https://milkymama.attn.tv/l/NWP/ZnRro

Sun, Jan 29 at 12:35 PM

Milky Mama: Hey Mamas 👋 Your favorite lactation drinks, smoothies, and lattes are BACK! A delicious way to promote healthy lactation, increase milk production, and enrich breast milk
Get yours now: https://milkymama.attn.tv/l/ozo/ZnRro

Tue, Jan 31 at 5:55 PM

Milky Mama: The Best Milk Makin' Bundle 🥛 Our Best-Seller Bundle is an expert blend of milk-making ingredients every mama needs! Combat stress, increase milk production, and achieve healthy lactation. Shop Now: https://milkymama.attn.tv/l/Os8/ZnRro

Fri, Feb 3 at 4:35 PM



Milky Mama: 🔴 SUPPLEMENT SALE: For a limited time only. Buy 1 Milky Mama Supplement and Get 1 50% Off! Shop now: https://milkymama.attn.tv/l/pOk/ZnRro

Mon, Feb 6 at 4:50 PM

Milky Mama: ⚠️ LAST CHANCE FOR OUR SUPPLEMENT SALE! Buy 1 Milky Mama Supplement and Get 1 50% Off. Use Code: HERBAL23 at checkout. Shop now: https://milkymama.attn.tv/l/xWT/ZnRro

Thu, Feb 9 at 3:00 PM

Milky Mama: Just a reminder: Feed the baby, not the freezer, Mama! A giant freezer stash is NOT necessary. You're doing an AMAZING job! <3

Tue, Feb 14 at 11:20 AM

Milky Mama: Happy Valentine's Day Mama! We have a sweet treat just for you: today only, get 15% off when you use code LOVE23 at checkout. Shop the sale here: https://

milkymama.attn.tv/l/fxH/ZnRro

Tue, Feb 14 at 9:03 PM

Milky Mama: Last chance to get your Milky Mama V-Day gift! Only a few hours left to get 15% off when you use code LOVE23 at checkout. Shop the sale here: https://milkymama.attn.tv/l/4J3/ZnRro

Tue, Feb 28 at 2:35 PM

Milky Mama: Mamas are obsessing over Lactation LeMOOnade® 🥛 This formula is designed to promote healthy lactation, increase milk production, and so much more. Get yours today! Shop Now: https://milkymama.attn.tv/l/H5r/ZnRro

Wed, Mar 1 at 5:57 PM

Milky Mama: Being a mom is so hard! If no one has told you, I am so proud of you! You are doing an amazing job! <3 https://milkymama.attn.tv/l/JE7/ZnRro

Fri, Mar 3 at 3:35 PM

Milky Mama: Stay prepared for whatever the day (or night) might bring with Emergency Brownies™😋. Order now and find out why these delicious treats are a mama must-have: https://milkymama.attn.tv/l/-r9/ZnRro

Mon, Mar 6 at 2:47 PM

Milky Mama: As moms, we often take care of everyone except ourselves. Don't forget to take care of YOU! You matter, you're loved, and you're important to so many people. So today, and everyday, take a moment to yourself without feeling guilty. You deserve it. https://milkymama.attn.tv/l/70B/ZnRro

Wed, Mar 8 at 4:45 PM

Milky Mama: 🥛 Calling all dairy-free Milky Mamas! We have all of your dairy-free favorites in one, convenient bundle. Shop now: https://milkymama.attn.tv/l/6iS/ZnRro

Thu, Mar 9 at 10:54 AM

Milky Mama: 24 hours only! Get 20% off Herbal

Milky Mama: 24 hours only! Get 20% off Herbal Supplements when you use code HERBAL20 at checkout. Click here to stock up: https://milkymama.attn.tv/l/vhg/ZnRro

Thu, Mar 9 at 8:48 PM

Milky Mama: Only a few hours left! Get 20% off Herbal Supplements with code HERBAL20 at checkout. Click here to stock up: https://milkymama.attn.tv/l/Ec7/ZnRro

Fri, Mar 17 at 2:35 PM

Milky Mama: It's Your Lucky Day, Mama🍀🌈 We have a delicious treat which is exactly what you need to produce your own liquid gold. Stock up and enjoy 15% OFF Milky Mama Smoothies and Lattes! Cheers🥛

Shop Now: https://milkymama.attn.tv/l/kn3/ZnRro

Fri, Mar 17 at 4:35 PM

Milky Mama: OOPS! Mom brain! Use code LUCKY15 at checkout to access the discount :)

Thu, Mar 23 at 6:20 PM

Milky Mama: Hey There, Mama🐾 Indecisive about which Milky treat to try? No worries! Grab our Mini Milky, Smoothie, or Drink Sampler Pack and taste almost everything we have to offer! We guarantee you'll find something you LOVE!

Shop Now: https://milkymama.attn.tv/l/3zG/ZnRro

Sat, Mar 25 at 11:15 AM

Milky Mama: Flash sale!! Get 15% off when you use code MARCH15 at checkout. Head to: https://milkymama.attn.tv/l/KJx/ZnRro
Ends 3/26 at 11:59pm. T&C apply.

Sun, Mar 26 at 3:05 PM

Milky Mama: Only a few hours left! Get 15% off everything when you use code MARCH15 at checkout. Shop now: https://milkymama.attn.tv/l/eSO/ZnRro

13

Thu, Mar 30 at 5:45 PM

Milky Mama: Got a sweet tooth, Mama? 🍪 Satisfy your cravings and boost your milk supply with Milky Mama's yummy and effective lactation treats and drinks! Shop now and indulge, guilt-free!

Shop Now: https://milkymama.attn.tv/l/e-t/ZnRro

Mon, Apr 10 at 5:35 PM

Milky Mama: 🤱 Ready to rock your breastfeeding journey, mama? Our Breastfeeding 101 course has got your back! Get empowered and save 20% for a limited time, with code: SUPPORT101

Shop Now: https://milkymama.attn.tv/l/tlg/ZnRro

Sun, Apr 23 at 4:25 PM

Milky Mama: Dealing with postpartum hair loss?

You're not alone. We're here to walk you through the reasons, ways to revamp your hair care routine & maintain the integrity of your hair. Read more: https://milkymama.attn.tv/l/GEb/ZnRro

Be sure to grab your favorite lactation treats while you're there!

Tue, Apr 25 at 3:02 PM



Milky Mama: Our Best-Seller Bundle is an expert blend of milk-making ingredients every mama needs! Combat stress, increase milk production, and achieve healthy lactation. Shop Now: https://milkymama.attn.tv/l/Avg/ZnRro

Fri, Apr 28 at 5:40 PM

Milky Mama: Maximize your breastfeeding success with our Lactation Supplements. Explore the options now to find the best fit for you! Shop Lactation Supplements: https://milkymama.attn.tv/l/ZUc/ZnRro

13.     As demonstrated by the above screenshot, the purpose of Defendant's text messages was to solicit the sale of consumer goods and/or services.

14.     The messages also advertise and call attention to Defendant's products and related services.

15.     Plaintiff is the regular user of the telephone number that received the above telephonic sales calls.

16.     Plaintiff utilizes her cellular telephone number for personal purposes and the number is Plaintiff's residential telephone line.  In other words, Plaintiff's cellular telephone is Plaintiff's home telephone number and Plaintiff makes and receives personal calls on her cellular telephone. Moreover, Plaintiff's cellular telephone is the primary means of reaching Plaintiff at his residence.

17.     Plaintiff registered her cellular telephone number on the National Do-Not-Call Registry and the number was listed on the registry for over 30 days prior to Defendant's first text message solicitation.

18.     Plaintiff was in Florida when Plaintiff received the above text message calls, and Defendant's violative conduct occurred in substantial part in Florida.

19.     Upon information and belief, Defendant maintains and/or has access to outbound transmission reports for all text messages sent advertising/promoting its services and goods. These reports show the dates, times, target telephone numbers, and content of each message sent to Plaintiff and the Class members.

20.     To send the text messages, Defendant used a messaging platform (the "Platform"), which permitted Defendant to transmit blasts of text messages automatically and without any human involvement. The Platform automatically made a series of calls to Plaintiff's and the Class

members' stored telephone numbers with no human involvement after the series of calls were initiated utilizing the Platform. Defendant's use of lengthy generic text messages (depicted above) further demonstrates that Defendant utilizes automated dialing systems to mass transmit solicitation texts to consumers.

21.     Moreover, the telephone number utilized by Defendant to send the messages (44832) is known as a short-code. Text messages utilizing a short-code can only be sent utilizing automated computer equipment and not a traditional telephone.

22.     Defendant was not required to and did not need to utilize the Platform to send messages to Plaintiff and the Class members. Instead, Defendant opted to use the Platform to maximize the reach of its text message advertisements at a nominal cost to Defendant.

23.     Defendant would be able to conduct its business operations without sending automated text messages to consumers.

24.     Defendant would be able to send automated text messages to consumers, and in compliance with the FTSA, by securing the proper consent from consumers prior to sending text messages.

25.     Defendant would be able to send text messages to consumers without consent by utilizing a non-automated text messaging system.

26.     Accordingly, it is not impossible for Defendant to comply with the FTSA in the context of transmitting text messages.

27.     The burden and cost to Defendant of securing consent from consumers that complies with the FTSA is nominal.

28.     Compliance with the FTSA will not result in Defendant having to cease its business operations.

29.     Compliance with the FTSA will not result in Defendant having the alter the prices of any goods or services it provides in the marketplace.

30.     Compliance with the FTSA will not force Defendant to seek regulatory approval from the State of Florida before undertaking any type of commercial transaction.

31.     Because a substantial part of Defendant's FTSA violations occurred in Florida, requiring Defendant's compliance with the FTSA will not have the practical effect of regulating commerce occurring wholly outside of Florida.

32.     The Platform has the capacity to select and dial numbers automatically from a list of numbers, which was in fact utilized by Defendant.

33.     The Platform has the capacity to schedule the time and date for future transmission of text messages, which was in fact utilized by Defendant.

34.     The Platform also has an auto-reply function that results in the automatic transmission of text messages.

35.     Plaintiff never provided Defendant with express written consent authorizing Defendant to transmit telephonic sales calls to Plaintiff's cellular telephone number utilizing an automated system for the selection and dialing of telephone numbers.

36.     More specifically, Plaintiff never signed any type of authorization permitting or allowing the placement of a telephonic sales call by text message using an automated system for the selection and dialing of telephone numbers.

37.     Since July 1, 2021, on information and belief, Defendant sent at least 50 text message solicitations to as many consumers in Florida.

38.     Defendant's unsolicited text message spam caused Plaintiff and the Class members harm, including violations of their statutory rights, trespass, annoyance, nuisance, invasion of their

privacy, and intrusion upon seclusion. Defendant's text messages also occupied storage space on Plaintiff's and the Class members' telephones.

## CLASS ALLEGATIONS

**PROPOSED CLASSES**

39.     Plaintiff brings this lawsuit as a class action on behalf of Plaintiff individually and on behalf of all other similarly situated persons as a class action pursuant to Florida Rule of Civil Procedure 1.220(b)(2) and (b)(3). The Classes that Plaintiff seeks to represent are defined as:

> **DNC Class**: **All persons in the United States who from four years prior to the filing of this action through the date of class certification (1) Defendant, or anyone on Defendant's behalf, (2) placed more than one text message call within any 12-month period; (3) where the person's telephone number that had been listed on the National Do Not Call Registry for at least thirty days; (4) regarding Defendant's property, goods, and/or services; (5) who did not purchase or transact business with Defendant during the eighteen months immediately preceding the date of the first message; and (6) who did not contact Defendant during the three months immediately preceding the date of the first message with an inquiry about a product, good, or service offered by Defendant.**

> **FTSA Class**: **All persons in Florida who, (1) were sent a more than one text message regarding Defendant's property, goods, and/or services, (2) using the same equipment or type of equipment utilized to call Plaintiff, (3) from July 1, 2021 through the date of class certification.**

40.     Defendant and its employees or agents are excluded from the Class.

**NUMEROSITY**

41.     Upon information and belief, Defendant has placed telephonic sales calls to telephone numbers belonging to at least 50 persons. The members of the Class, therefore, are believed to be so numerous that joinder of all members is impracticable.

42.     The exact number and identities of the Class members are unknown at this time and can be ascertained only through discovery. Identification of the Class members is a matter capable of ministerial determination from Defendant's call records.

**COMMON QUESTIONS OF LAW AND FACT**

43.     There are numerous questions of law and fact common to the Classes which predominate over any questions affecting only individual members of the Classes. Among the questions of law and fact common to the Class are:

      (a)  Whether Defendant initiated telephonic sales calls to Plaintiff and the Class members;

      (b)  Whether Defendant can meet its burden of showing that it had prior express written consent to make such calls;

      (c)  Whether Defendant placed solicitations to individuals who registered their telephone numbers on the National Do-Not-Call Registry; and

      (d)  Whether Defendant is liable for damages, and the amount of such damages.

44.     The common questions in this case are capable of having common answers.  If Plaintiff's claim that Defendant routinely transmits telephonic sales calls without prior express written consent is accurate, Plaintiff and the Class members will have identical claims capable of being efficiently adjudicated and administered in this case.

**TYPICALITY**

45.     Plaintiff's claims are typical of the claims of the Class members, as they are all based on the same factual and legal theories.

## PROTECTING THE INTERESTS OF THE CLASS MEMBERS

46.     Plaintiff is a representative who will fully and adequately assert and protect the interests of the Class and has retained competent counsel. Accordingly, Plaintiff is an adequate representative and will fairly and adequately protect the interests of the Class.

### SUPERIORITY

47.     A class action is superior to all other available methods for the fair and efficient adjudication of this lawsuit because individual litigation of the claims of all members of the Class is economically unfeasible and procedurally impracticable. While the aggregate damages sustained by the Class are in the millions of dollars, the individual damages incurred by each member of the Class resulting from Defendant's wrongful conduct are too small to warrant the expense of individual lawsuits. The likelihood of individual Class members prosecuting their own separate claims is remote, and, even if every member of the Class could afford individual litigation, the court system would be unduly burdened by individual litigation of such cases.

48.     The prosecution of separate actions by members of the Class would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for Defendant. For example, one court might enjoin Defendant from performing the challenged acts, whereas another may not. Additionally, individual actions may be dispositive of the interests of the Class, although certain class members are not parties to such actions.

**COUNT I**
**VIOLATIONS OF 47 U.S.C. § 227(c) AND 64.1200(c)**
**(On Behalf of Plaintiff and the DNC Class)**

49.     Plaintiff re-alleges and incorporates the allegations set forth in paragraphs 1 through 48 as if fully set forth herein.

50.     The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides in pertinent part that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

51.     Per 47 C.F.R. § 64.1200(e), § 64.1200(c) is "applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers."

52.     Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c).

53.     Defendant violated 47 C.F.R. § 64.1200(c) by initiating telephone solicitations to telephone subscribers such as Plaintiff and the DNC Class members who registered their respective telephone numbers on the National Do Not Call Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

54.     Defendant violated 47 U.S.C. § 227(c)(5) because Plaintiff and DNC Class members received more than one text message in a 12-month period from Defendant in violation of 47 C.F.R. § 64.1200.

55.     As a result of Defendant's conduct as alleged herein, Plaintiff and the DNC Class members suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200. To the extent Defendant's misconduct

is determined to be willful and knowing, the Court should, pursuant to 47 U.S.C. § 227(c)(5), treble the amount of statutory damages recoverable by the members of the DNC Class.

**COUNT II**
**VIOLATION OF FLA. STAT. § 501.059**
**(On Behalf of Plaintiff and the FTSA Class)**

56.     Plaintiff re-alleges and incorporates the allegations set forth in paragraphs 1 through 48 as if fully set forth herein.

57.     It is a violation of the FTSA to "make or knowingly allow a telephonic sales call to be made if such call involves an automated system for the selection or dialing of telephone numbers or the playing of a recorded message when a connection is completed to a number called without the prior express written consent of the called party."  Fla. Stat. § 501.059(8)(a).

58.     A "telephonic sales call" is defined as a "telephone call, text message, or voicemail transmission to a consumer for the purpose of soliciting a sale of any consumer goods or services, soliciting an extension of credit for consumer goods or services, or obtaining information that will or may be used for the direct solicitation of a sale of consumer goods or services or an extension of credit for such purposes."  Fla. Stat. § 501.059(1)(i).

59.     "Prior express written consent" means an agreement in writing that:

1.  Bears the signature of the called party;

2.  Clearly authorizes the person making or allowing the placement of a telephonic sales call by telephone call, text message, or voicemail transmission to deliver or cause to be delivered to the called party a telephonic sales call using an automated system for the selection or dialing of telephone numbers, the playing of a recorded message when a connection is completed to a number called, or the transmission of a prerecorded voicemail;

3.  Includes the telephone number to which the signatory authorizes a telephonic sales call to be delivered; and

4.  Includes a clear and conspicuous disclosure informing the called party that:

      a. By executing the agreement, the called party authorizes the person making or allowing the placement of a telephonic sales call to deliver or cause to be delivered a telephonic sales call to the called party using an automated system for the selection or dialing of telephone numbers or the playing of a recorded message when a connection is completed to a number called; and

      b. He or she is not required to directly or indirectly sign the written agreement or to agree to enter into such an agreement as a condition of purchasing any property, goods, or services. Fla. Stat. § 501.059(1)(g).

60.      Defendant failed to secure prior express written consent from Plaintiff and the Class members.

61.      In violation of the FTSA, Defendant made and/or knowingly allowed telephonic sales calls to be made to Plaintiff and the Class members without Plaintiff's and the Class members' prior express written consent.

62.      Defendant made and/or knowingly allowed the telephonic sales calls to Plaintiff and the Class members to be made utilizing an automated system for the selection and dialing of telephone numbers.

63.      As a result of Defendant's conduct, and pursuant to § 501.059(10)(a) of the FTSA, Plaintiff and Class members were harmed and are each entitled to a minimum of $500.00 in damages for each violation.  Plaintiff and the Class members are also entitled to an injunction against future calls. *Id*.

64.      Plaintiff requests for this Court to enter an Order granting the relief outlined in the Prayer for Relief below.

### **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

a)  An order certifying this case as a class action on behalf of the Classes as defined above, and appointing Plaintiff as the representative of the Classes and Plaintiff's counsel as Class Counsel;

b)  An award of statutory damages and/or actual liquidated damages for Plaintiff and each member of the Classes as applicable under the FTSA and/or TCPA;

c)  An order declaring that Defendant's actions, as set out above, violate the FTSA and TCPA;

d)  An injunction requiring Defendant to cease all telephonic sales calls made without express written consent, and to otherwise protect the interests of the Class;

e)  An injunction requiring Defendant to comply with 47 C.F.R. § 64.1200(d) by (1) maintaining the required written policies; (2) providing training to their personnel engaged in telemarketing; and (3) maintaining a do-not-call list

f)  Such further and other relief as the Court deems necessary.

## **JURY DEMAND**

Plaintiff, individually and on behalf of the Class, hereby demand a trial by jury.

DATED: May 15, 2023

Respectfully submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

**THE LAW OFFICES OF JIBRAEL S. HINDI**
Jibrael S. Hindi, Esq.
Florida Bar No. 118259
110 SE 6th Street
Suite 1744
Ft. Lauderdale, Florida 33301